WR-75,987-04
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/20/2015 4:08:14 PM
Accepted 3/24/2015 1:12:30 PM
ABEL ACOSTA
CLERK

# LAW OFFICE OF CELESTE BLACKBURN

## BOARD CERTIFIED – CRIMINAL LAW – TEXAS BOARD OF LEGAL SPECIALIZATION

333 N. RIVERSHIRE DRIVE, Ste. 285 ♦ Conroe, TX 77304
www.celesteblackburn.com
Office: (936) 703-5000 ♦ Fax: (877) 900-2822 ♦ celesteblackburn@gmail.com

RECEIVED
COURT OF CRIMINAL APPEALS
3/24/2015
ABEL ACOSTA, CLERK

March 20, 2015

Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

RE: *Vara, Revat Rene vs. State of Texas*
CCA No.: WR-75,987-04
COA Case No.: 01-07-00291-CR
Trial Court No.: 1061075-A

Via: e-file

To the Honorable Court of Criminal Appeals:

Please note that my office location and contact numbers have changed to the following:

Law Office of Celeste Blackburn
333 N. Rivershire Drive, Suite 285
Conroe, Texas 77304
936-703-5000 office
877-900-2822 fax

Please contact me at 936-703-5000, if you have any questions or concerns.

Thank you,

Celeste Blackburn
Celeste Blackburn